# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00016-TWT-JKL
## USA v. Williams
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 04/12/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 10:05 A.M. | COURT REPORTER: Diane Peede |
| TIME COURT CONCLUDED: 11:00 A.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 00:55 | USPO: Paul Sims |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Jordyn Holder |

| | |
|---|---|
| DEFENDANT(S): | [1]Jason Keith Williams Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephanie Gabay-Smith representing USA<br>Brian Mendelsohn representing Jason Keith Williams |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted the presentence report and made it the findings of the Court. The Court heard from the Government and the Defendant's counsel on the sentence to be imposed. The Defendant was given the right of allocution. The Court pronounced the sentence and informed the Defendant of his right to appeal. The Defendant was remanded to the custody of the USM. See J&C for sentence. |
| HEARING STATUS: | Hearing Concluded |